■ In the Matter of RAYMOND HOLMES, Appellant, v. VINCENT R. MANCUSI, as Superintendent of Attica Correctional Facility, Respondent.— Appeal unanimously dismissed. Petitioner has been released on parole. (See *People ex rel. Wilder* v. *Markley*, 26 N Y 2d 648.) (Appeal from judgment of Erie Special Term denying application for show cause order in article 78 proceeding.) Present — Del Vecchio, J. P., Marsh, Witmer, Cardamone and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PASQUALE DE ROSA, Appellant, v. SUPERINTENDENT OF ATTICA CORRECTIONAL FACILITY, Respondent. — Judgment unanimously affirmed. (See *Matter of Browne* v. *Board of Parole*, 10 N Y 2d 116.) (Appeal from judgment of Wyoming County Court dismissing writ of habeas corpus.) Present — Del Vecchio, J. P., Marsh, Witmer, Cardamone and Henry, JJ.